1030

No. 95–6311. AURELIA N. v. SANTA CLARA COUNTY DEPARTMENT OF FAMILY SERVICES. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–6314. WILLIAMS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95–6321. LOVE v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6335. BURNSIDE v. LATTIMORE ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6336. BOGAN v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6337. BRYANT v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6338. QUINNIEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–6341. LYLE v. RICHARDSON. C. A. 6th Cir. Certiorari denied.

No. 95–6347. GORDON v. PEORIA SCHOOL DISTRICT 150 ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6350. HARRISON v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 95–6351. PAYNE v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 95–6352. JENKINS v. MCKUNE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 95–6365. NELSON v. CASWELL. C. A. 6th Cir. Certiorari denied.

No. 95–6366. NAIL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.